IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THERON A TOSON,

    Petitioner,

v.                                                     CASE NO. 1:08-cv-00200-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, recommending that Petitioners petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, be transferred to the United States District Court for the Southern District of Florida. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that jurisdiction is appropriate in the United States District Court for the Southern District of Florida, as the district of both confinement and conviction. 28 U.S.C. § 2241(d). Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The Clerk is directed to transfer this case to the United States District Court for the Southern District of Florida

    **DONE AND ORDERED** this _8th_ day of December, 2008

                                      *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge